UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN STOVALL,

            **Plaintiff,**

-vs-                                           **Case No. 6:11-cv-941-Orl-28DAB**

MRS BPO, LLC,

            **Defendant.**

___

## ORDER

This case is before the Court on Defendant's Motion for Sanctions (Doc. No. 123) filed March 26, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Steven Stovall (Doc. No. 156) and Weisberg & Meyers, LLC (Doc. No. 157), the objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 26, 2013 (Doc. No. 155) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion for Sanctions is **GRANTED in part.**

    3.    A sanction of $15,000.00 is awarded against Alex Weisberg pursuant to 28 U.S.C. § 1927 and in favor of MRS BPO, LLC.

4. A sanction of $15,000.00 is awarded against Stephen Stovall under the Court's inherent power to impose sanctions and in favor of MRS BPO, LLC.

**DONE and ORDERED** in Chambers, Orlando, Florida this 6 day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record